STATE EX REL. UNION FREE HIGH SCHOOL DISTRICT OF THE CITY OF CRANDON, etc., Respondent, vs. ROBBINS, Town Clerk, Appellant.

*October 11—November 8, 1922.*

*State ex rel. Union Free High School Dist. v. Chaney, ante,* p. 585, followed.

APPEAL from an order of the circuit court for Forest county: W. B. QUINLAN, Circuit Judge. *Affirmed.*

For the appellant the cause was submitted on the brief of *Eastman & Goldman* of Marinette.

For the respondent there was a brief by *John F. Hooper* of Crandon and *Eberlein & Larson* of Shawano, and oral argument by *Mr. Albert S. Larson* and *Mr. Hooper.*

VINJE, C. J. This case is identical in its facts so far as the appeal is concerned with that of *State ex rel. Union Free High School District v. Chaney,* decided herewith (*ante,* p. 585, 190 N. W. 353), and is governed by that decision.

*By the Court.*—Order affirmed.